UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:23-cv-236-RBD-EJK

Michelle Brown, Camille Tate,
Tanasia James, and Dunte Laramore

      Plaintiffs,

v.

Western Management Consultants, LLC,
Charles Gilley, Justin Lawrence, and Mark Nonsant

      Defendants.

_____/

**NOTICE OF SETTLEMENT**

Plaintiffs give notice that they have reached an agreement to settle the case in full. The appropriate paperwork to dismiss the case will be filed shortly.

Respectfully submitted this 2nd day of March, 2023 by:

                                                /s/ R. Edward Rosenberg
                                        R. Edward Rosenberg, Esquire
                                        Fla. Bar No.: 88231
                                        Sorondo Rosenberg Legal PA
                                        1825 Ponce de Leon Blvd. #329
                                        Coral Gables, FL 33134
                                        E: rer@sorondorosenberg.com
                                        T: 786.708.7550
                                        F: 786.204.0844

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Notice will be provided to Defendants Charles Gilley and Western Management Consultants, LLC via email as no appearance has yet been made.

                                                /s/ R. Edward Rosenberg
                                                  R. Edward Rosenberg