UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:23-cv-236-RBD-EJK

Michelle Brown, Camille Tate,
Tanasia James, and Dunte Laramore

      Plaintiffs,

v.

Western Management Consultants, LLC,
Charles Gilley, Justin Lawrence, and Mark Nonsant

      Defendants.
_____/

**THIRD MOTION FOR SETTLEMENT APPROVAL and
DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS CHARLES
GILLEY AND WESTERN MANAGEMENT CONSULTANTS LLC ONLY**

Plaintiffs, Michelle Brown, Camille Tate, Tanasia James, and Dunte Laramore, file this Motion for Approval of Settlement Agreement and Stipulation of Dismissal With Prejudice, and respectfully state as follows:

1. This is an action filed under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 206, in which Plaintiffs sought recovery for unpaid minimum and regular wages allegedly due and owed to them.

2. Plaintiffs, along with Defendants, Western Management Consultants, LLC, and Charles Gilley have reached a resolution of this matter and have entered into a confidential settlement agreement.[1] Because of the nature of Plaintiffs' claims, the settlement agreement requires Court approval in order to become effective. See

---

[1] Exhibit 1 – Fully executed settlement agreement. In this revised agreement, Defendants have agreed to an increased payout in order to even out wages and liquidated damages.

*Silva v. Miller*, 307 F. Appx 349, 351 (11th Cir. 2009)

3. In order to avoid the uncertainties of litigation and the attorneys' fees associated with this type of action, the parties negotiated a resolution of the matter. Importantly, throughout the entirety of the resolution process, Plaintiff was represented by counsel with experience in labor and employment law.

4. Based on timesheets submitted by Defendants and reviewed for accuracy by Plaintiffs, the Parties have reached a compromise for their owed wages.

5. Plaintiff's counsel bills at an approved rate of $400 per hour and performs the majority of case tasks himself. The fees in this case represent a discount compared to the amount of hours put in. Total billing comes to 7 hours plus $402 filing fee and $240 for service. However, Plaintiffs' counsel has agreed to $3000 total to be paid in installments in order to facilitate settlement rather than stand in the way. This fees and costs amount was agreed to separate and apart from the sums agreed to be paid to Plaintiffs.

6. Accordingly, the parties jointly request that the Court enter an Order approving the settlement agreement, and dismissing this case with prejudice as to Mr. Gilley and Western Management Consultants LLC while retaining jurisdiction to enforce the terms of the settlement agreement for a period of 6 months. Further, Plaintiffs wish to dismiss the case without prejudice as to the remaining Defendants, Justin Lawrence and Mark Nonsant.

Submitted this 8th day of August, 2023, by:

   /s/   R. Edward Rosenberg
R. Edward Rosenberg, Esquire
Sorondo Rosenberg Legal PA
1825 Ponce de Leon Blvd. #329
Coral Gables, FL 33134
E: rer@sorondorosenberg.com
T: 786.708.7550
F: 786.204.0844
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will serve copies of this filing to all parties of record. I further certify that a copy of this filing will be sent via email to Charles Gilley and Western Management Consultants, the only Defendants in which I have contact information.

By: s/ R. Edward Rosenberg