**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHELLE BROWN; CAMILLE TATE; TANASIA JAMES; and DUNTE LARAMORE,

    Plaintiffs,

v.

Case No. 6:23-cv-236-RBD-EJK

WESTERN MANAGEMENT CONSULTANTS, LLC; CHARLES GILLEY; JUSTIN LAWRENCE; and MARK NONSANT,

    Defendants.
_____

## ORDER

In this Fair Labor Standards Act case, the parties moved for approval of their settlement agreement (Doc. 22-1 ("Agreement")). (Doc. 22 ("Motion").) On referral, U.S. Magistrate Judge Embry J. Kidd entered a Report and Recommendation recommending that the Court grant the Motion. (Doc. 24 ("R&R").) The parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 24) is **ADOPTED AND CONFIRMED** and made a

   part of this Order in its entirety.

 2. The Motion (Doc. 22) is **GRANTED**.

 3. The Agreement (Doc. 22-1) is **APPROVED** as fair and reasonable.

 4. This case is **DISMISSED WITH PREJUDICE**.

 5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 30, 2023.

ROY B. DALTON, JR.
United States District Judge